UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHUOYANG SONG,<br><br>  Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. 3:20-cv-02025 DMS (BGS)<br><br>**ORDER RE REMAND OF REMOVED ACTION** |

On November 20, 2020, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows: The Stipulation is approved.

///

1  1. The Parties' Stipulation is approved;

2  2. Southern District of California case number 3:20-cv-02025 DMS (BGS),

3  *Zhuoyang Song v. BMW of North America, LLC* is hereby remanded to

4  Los Angeles County Superior Court, Northwest District.

Dated: November 23, 2020

Hon. Dana M. Sabraw
United States District Judge